# EXHIBIT A

**Acelyrin, Inc. (SLRN)**
**Class Period: May 4, 2023 - September 11, 2023**
**IPO Date: May 5, 2023**
**IPO Price: $18.00 / share**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | 90-Days* Mean Price |
|---|---|
| **10b** | **$9.2409** |
| **11** | **$9.1500** |

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Value | 10b Estimated Gain(Loss) | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fred Bergman** | **8/18/2023** | **3,000** | **$26.9100** | **($80,730)** | **10/18/2023** | **(3,000)** | **$10.1544** | **$30,463** | **3,000** | **0** | **$0** | **($50,267)** | |
| | | | | | | | | | | | | | |
| Fred Bergman | 8/18/2023 | 3,000 | $18.0000 | ($54,000) | 10/18/2023 | (6,000) | $10.0925 | $60,555 | | | | | |
| Fred Bergman | 9/12/2023 | 3,000 | $11.5807 | ($34,742) | | | | | | | | | |
| **Fred Bergman** | | **6,000** | | **($88,742)** | | **(6,000)** | | **$60,555** | **0** | **0** | **$0** | | **($28,187)** |

*Avg Closing Prices from September 12, 2023 to December 8, 2023