# EXHIBIT B

 

Sign Up

 Back to Newsroom

# Pomerantz Law Firm Announces the Filing of a Class Action Against ACELYRIN, Inc. and Certain Officers – SLRN

Wednesday, 15 November 2023 19:30



**Pomerantz LLP**

**Topic:**    Class Action        Share this Article

**NEW YORK, NY / ACCESSWIRE / November 15, 2023 /** Pomerantz LLP announces that a class action lawsuit has been filed against Acelyrin, Inc. ("Acelyrin" or the "Company") (NASDAQ:SLRN) and certain officers. The class action, filed in the United States District Court for the Central District of California, and docketed under 23-cv- 09672, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Acelyrin securities between May 4, 2023 and September 11, 2023, both dates inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased or otherwise acquired Acelyrin securities during the Class Period, you have until January 16, 2024 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Acelyrin is a clinical biopharma company that focuses on developing and commercializing transformative medicines. The Company's lead product candidate is izokibep, a small protein therapeutic designed to inhibit IL-17A with purportedly high potency, which is currently in Part B of a Phase 2b/3 clinical trial for use in the treatment of moderate to severe Hidradenitis Suppurativa ("HS").

On April 13, 2023, Acelyrin filed a registration statement on Form S-1 with the United States Securities and Exchange Commission ("SEC") in connection with the Company's Initial Public Offering ("IPO"), which, after several amendments, was declared effective by the SEC on May 4, 2023 (the "Registration Statement").

On May 4, 2023, pursuant to the Registration Statement, Acelyrin's common stock began publicly trading on the Nasdaq Global Select Market under the trading symbol "SLRN".

On May 5, 2023, Acelyrin filed a prospectus on Form 424B4 with the SEC in connection with the IPO, which incorporated and formed part of the Registration Statement (collectively with the Registration Statement, the "Offering Documents")



1/12/24, 2:01 PM    Pomerantz Law Firm Announces the Filing of a Class Action Against ACELYRIN, Inc. and Certain Officers – SLRN

Case 2:23-cv-09672-FMO-MAA    Document 30-2    Filed 01/16/24    Page 3 of 3   Page ID #:310

   **ACCESSWIRE®**

Sign Up

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) izokibep was less effective in treating HS than Defendants had led investors to believe; (ii) accordingly, Acelyrin overstated izokibep's clinical and/or commercial prospects; (iii) as a result, Acelyrin also overstated the Company's business prospects post-IPO; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On September 11, 2023, after the markets closed, Acelyrin announced disappointing top-line results from Part B of the Phase 2b/3 trial evaluating izokibep for the treatment of moderate-to-severe HS. Specifically, izokibep failed to show statistically significant reduction in abscesses and inflammatory nodules in patients as compared to placebo.

On this news, Acelyrin's stock price fell $17.19 per share, or 61.61%, over the following two trading sessions, to close at $10.71 per share on September 13, 2023.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP

Topic: Class Action

 **Back to Newsroom**

# Press release distribution that gets you the engagement and visibility your brand deserves.

**CONTACT US TODAY!**

Our industry-leading global news distribution is the most effective platform to reach your target audience.

 **ACCESSWIRE®**

  

| **ABOUT** | **RESOURCES** | **CONNECT TODAY!** |
|---|---|---|
| WHO WE ARE | FAQ | SALES |
| WHO WE SERVE | COMPANY SPOTLIGHT | EDITORIAL |
| CONTACT | SAMPLE PRESS RELEASE | CONTENT LICENSING |
| | PRESS RELEASE TEMPLATE | JOIN OUR NEWSLETTER |
| **PRODUCTS** | BLOG | **866-694-3099** |
| PRESS RELEASE DISTRIBUTION | | |
| PRESS RELEASE OPTIMIZER | **CUSTOMER REVIEWS** | |
| ONLINE MEDIA ROOM | | |
| IR WEBSITES | **LOGIN** | |
| WEBCASTING | | |

**NEWSROOM**