Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Lead Plaintiff Kamel Boukadoum*
*and Co-Lead Counsel for the Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CARLA ARAMOUNI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACELYRIN, INC., SHAO-LEE LIN, MARDI C. DIER, and GIL LABRUCHERIE ,<br><br>Defendants. | No. 2:23-cv-09672-FMO-MAA<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs respond to Defendants' Notice of Supplemental Authority (ECF No. 60), *Fernandes v. Centessa Pharms, PLC*, 2024 WL 3638254 (S.D.N.Y. Aug. 2, 2024) ("Op."). Contrary to that Notice, *Centessa* supports Plaintiffs' claims in three critical respects.

*First*, in dismissing the complaint, the *Centessa* court found the defendants' registration statement actually contained the precise facts the plaintiffs alleged were omitted: namely, the duration and patient populations in the underlying studies on which the defendants relied in hypothesizing about the drug's safety profile (Op.*19-20), and that the defendants' ongoing study sought "up to 50 patients" and was not "targeting enrollment of 50 participants" as the plaintiffs "misleadingly suggest[ed]." Op.*22. Here, in contrast, Acelyrin's Registration Statement left out the key omissions alleged: that its methodology for analyzing Part A data differed from that in Part B, and the Part B trial already had a participant discontinuation problem when it went public. ¶¶250-59,262,265-70.

*Second*, the *Centessa* court applied the bespeaks-caution doctrine because the defendants' disclosures warned about specific risks—e.g., study enrollment challenges and termination of the drug development program—that had not yet realized when the company went public. Op.*22. Here, Acelyrin's Registration Statement did not warn about the different methodologies employed yielding different results, and the participant discontinuation problem is alleged to have already manifested. ¶¶250-59,262,265-70,291-98.

*Last*, the *Centessa* court rejected the plaintiffs' allegations that statements about the drug's prospective safety profile were misleading because they relied on underlying studies the plaintiffs deemed inadequate (e.g., trial length and incorrect patient population). Op.*3, 19-20. It found these criticisms of the underlying studies amounted to plaintiffs' differing opinion, and that the defendants' statements about the studies were their subjective belief. *Id.* But here, Plaintiffs do not criticize the design or

OPPOSITION TO NOTICE OF SUPPL. AUTHORITY - 1
Case No. 2:23-cv-09672-FMO-MAA

underlying data in Acelyrin's trials or disagree with Defendants' subjective interpretation of the data under the applied methodologies. Instead, they allege Defendants misled investors in presenting the Part A and B trials by omitting to disclose the differing methodologies for analyzing their data and the high participant discontinuation rate in Part B, particularly when those critical facts were known only to Defendants. ¶¶282-98.

DATED: August 16, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Lucas E. Gilmore*
LUCAS E. GILMORE

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Kamel Boukadoum and Co-Lead Counsel for the Class*

POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

WOHL & FRUCHTER LLP
Joshua E. Fruchter
25 Robert Pitt Drive, Suite 209G
Monsey, N.Y. 10952
Telephone: (845) 290-6818
jfruchter@wohlfruchter.com

*Counsel for Carla Aramouni and Co-Lead Counsel for the Class*