# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 23-9672 FMO (MAAx)** | Date | **October 7, 2024** |
|---|---|---|---|
| Title | **Carla Aramouni v. Acelyrin, Inc., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa FIgueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**      **(In Chambers) Order Re: Pending Motion [52]**

Having reviewed the briefing filed with respect to defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint (Dkt. 52, "Motion"), and in light of the pending United States Supreme Court cases, Facebook, Inc., et al. v. Amalgamated Bank, et al., Case No. 23-980, and Nvidia Corp. et al. v. E. Ohman J:Or Fonder AB, et. al. Case No. 23-970, which are scheduled for oral argument in November, 2024, IT IS ORDERED THAT:

1.  Defendants' Motion **(Document No. 52)** is **denied without prejudice**.

2.  Defendants may, after meeting and conferring with plaintiffs' counsel, file another motion to dismiss that takes into account the Supreme Court's decisions in Facebook and Nvidia. Defendants shall file their renewed motion to dismiss no later than 45 days after the Supreme Court issues its decisions in the Facebook and Nvidia cases.

|   | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |