Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Lead Plaintiff Kamel Boukadoum
and Co-Lead Counsel for the Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CARLA ARAMOUNI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACELYRIN, INC., SHAO-LEE LIN, MARDI C. DIER, and GIL LABRUCHERIE,<br><br>Defendants. | No. 2:23-cv-09672-FMO-MAA<br><br>**NOTICE OF DECISIONS REGARDING U.S. SUPREME COURT REVIEW OF *FACEBOOK* AND *NVIDIA* CASES** |

On October 7, 2024, the Court denied Defendants' Motion to Dismiss (ECF No. 52) without prejudice and ordered Defendants to "meet and confer[] with plaintiffs' counsel [to] file another motion to dismiss that takes into account the Supreme Court's decisions in *Facebook* and *Nvidia* … no later than 45 days after the Supreme Court issues its decisions in the *Facebook* and *Nvidia* cases." ECF No. 64.

On November 22, 2024, and December 11, 2024, the United States Supreme Court issued orders dismissing the writs of certiorari in these two cases as "improvidently granted." The *Facebook* and *Nvidia* dismissal orders are attached hereto as Exhibits A and B, respectively.

In accordance with the Court's October 7 Order, Plaintiffs' counsel will meet and confer with Defendants.

DATED: December 17, 2024          Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ *Lucas E. Gilmore*
        LUCAS E. GILMORE

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Kamel Boukadoum and*
*Co-Lead Counsel for the Class*

POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor

-1-

NOTICE OF DECISIONS REGARDING U.S. SUPREME COURT REVIEW OF *FACEBOOK* AND *NVIDIA* CASES
No. 2:23-cv-09672-FMO-MAA

Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

WOHL & FRUCHTER LLP
Joshua E. Fruchter
25 Robert Pitt Drive, Suite 209G
Monsey, N.Y. 10952
Telephone: (845) 290-6818
jfruchter@wohlfruchter.com

*Counsel for Carla Aramouni and Co-Lead Counsel for the Class*

-2-

NOTICE OF DECISIONS REGARDING U.S. SUPREME COURT REVIEW OF
*FACEBOOK* AND *NVIDIA* CASES
No. 2:23-cv-09672-FMO-MAA