# EXHIBIT A

(Slip Opinion)        Cite as:  604 U. S. \_\_\_\_ (2024)              1

Per Curiam

NOTICE: This opinion is subject to formal revision before publication in the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, pio@supremecourt.gov, of any typographical or other formal errors.

# SUPREME COURT OF THE UNITED STATES

––––––––––

No. 23–980

––––––––––

## FACEBOOK, INC., ET AL., PETITIONERS *v.* AMALGAMATED BANK, ET AL.

### ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

[November 22, 2024]

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*