POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorneys for Fred Bergman*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA ARAMOUNI, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:23-cv-09672-FMO-MAA |
| Plaintiff, | **SUGGESTION OF DEATH OF CO-LEAD PLAINTIFF FRED BERGMAN** |
| v. | |
| ACELYRIN, INC., SHAO-LEE LIN, MARDI C. DIER, and GIL LABRUCHERIE, | |
| Defendants. | |

Counsel for Co-Lead Plaintiffs Fred Bergman and Kamel Boukadoum (collectively, "Plaintiffs") suggest upon the record, pursuant to Rule 25(a)(1), the death of Fred Bergman.  Fred Bergman's estate is in the process of winding up his affairs and will, in the near future, make a decision whether to continue to serve as co-lead plaintiff in this Action.  Lead Plaintiff Kamel Boukadoum remains committed to this Action.

Dated:  November 5, 2025

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Reed R. Kathrein*
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: reed@hbsslaw.com
Email: lucasg@hbsslaw.com

*Co- Lead Counsel for the Class*

Respectfully Submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Co- Lead Counsel for the Class*

SUGGESTION OF DEATH OF CO-LEAD PLAINTIFF
2:23-CV-09672-FMO-MAA
1

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti